**Order entered September 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01066-CR

## EX PARTE ALEJANDRO TOVAR

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90004-M**

## ORDER

The Court has before it the August 30, 2013 motion of Roberto Alonzo to withdraw as appellant's attorney. In the motion, Mr. Alonzo states that although appellant directed him to file a notice of appeal from the trial court's order denying him habeas corpus relief, appellant has refused to enter a contract for appellate representation. Mr. Alonzo further states that he is retained, not appointed, counsel for appellant. He asks that he be allowed to withdraw or, alternatively, that the appeal be abated to determine whether appellant desires to pursue it.

The clerk's record has been filed in this appeal, and it does not appear from that a hearing was conducted on the application for writ of habeas corpus. Appellant's brief is due on September 9, 2013, and the appeal is set for submission without argument on October 11, 2013.

This appeal involves a post-conviction habeas corpus proceeding brought under article 11.072 of the Texas Code of Criminal Proceeding. Appellant is not constitutionally or statutorily entitled to appointed counsel in this habeas corpus proceeding. *See Ex parte Graves*, 70 S.W.3d

103, 111 (Tex. Crim. App. 2002); *see also* TEX. CODE CRIM. P. ANN. art. 11.072 (West 2005) (contains no requirement that counsel be appointed for applicant).

Accordingly, we **GRANT** the motion of Mr. Alonzo to withdraw as appellant's attorney of record. We **DIRECT** the Clerk to remove Roberto Alonzo as appellant's attorney of record.

We **ORDER** Mr. Alonzo to send a copy of the clerk's record to appellant to allow him to prepare his brief for this appeal. We further **ORDER** Mr. Alonzo to provide this Court, within **SEVEN DAYS** of the date of this order, with written verification that they have sent appellant copies of the record.

We **ORDER** appellant to provide this Court, by **SEPTEMBER 12, 2013**, with the name, State Bar number, and contact information for new retained counsel. If we do not receive the name and contact information by the date specified, we will presume appellant is representing himself in this appeal.

We **ORDER** appellant to file his brief in this appeal by **SEPTEMBER 23, 2013**. We **ORDER** the State to file its brief by **OCTOBER 7, 2013**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.

The appeal remains set for submission on October 11, 2013.

We **DIRECT** the Clerk to send copies of this order, by Roberto Alonzo, and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Alejandro Tovar, 1913 Pembroke Street, Irving, Texas 75060.

/s/    KERRY P. FITZGERALD
PRESIDING JUSTICE